## THE PEOPLE v. RIVERA.

APPEAL from the District Court of Arecibo.

No. 43.—Decided December 10, 1906.

APPEAL—MANIFEST ERRORS.—Where the appellant does not appear, and from the transcript of the record no error whatever appears to have been committed which would warrant the reversal of the judgment appealed from, it must be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

In the Municipal Court of Arecibo Hipólito Rivera was found guilty of a misdemeanor consisting in trying to prevent officers from discharging their duty. He appealed to the District Court of Arecibo, which affirmed the sentence of the former court, fixing the penalty at ninety days in jail and $200 fine, with the costs of both courts against the prisoner. On appeal to this court there was no appearance for the appellant and no brief filed, and we have found nothing in the record which would justify a reversal, and the sentence appealed from must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.